**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MICHAEL ESTRADA,

                                              Case No.: 1:24-CV-00407-SCJ

        Plaintiff,

      v.

THE SHERWIN-WILLIAMS
COMPANY,
a Foreign Profit Corporation,
d/b/a Sherwin-Williams,

        Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Michael Estrada hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement. The parties respectfully move the Court to stay the instant case so they can finalize their settlement.

Respectfully submitted this 25th day of March, 2024.

*s/ Matthew N. Pope*
Matthew N. Pope
Georgia Bar No. 584216
**MATTHEW N. POPE, P.C.**
900 2nd Avenue
Columbus, Georgia 31902
Tel.: (706) 324-2521

matt@mpopelaw.com

*Counsel for Plaintiff Michael Estrada*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 25, 2024 a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Matthew N. Pope*
Matthew N. Pope
